USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/16/2020_____

NIXON PEABODY LLP
Daniel A. Schnapp
Eric M. Ferrante
55 West 46th Street
New York, NY 10036-4120
Phone: (212) 940-3000
dschnapp@nixonpeabody.com
eferrante@nixonpeabody.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
THOMAS K. RONALD and
CATHERINE B. RONALD,

                    Plaintiffs,

        - against -                    Civil Action No. 1:20-cv-1823

REAL ESTATE HOTEL INC., ASSETS PLUS,    Hon. Andrew L. Carter, Jr.
and JOHN DOES 1-10,

                    Defendants.
---------------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the Declaration of Eric M. Ferrante, Esq., and the exhibits annexed thereto, and the Memorandum of Law, all dated July 9, 2020, submitted by Plaintiffs Thomas K. Ronald and Catherine B. Ronald ("Plaintiffs") in support of this Motion, it is hereby

**ORDERED** that Defendants Real Estate Hotel, Inc. ("REH") and Assets Plus show cause, in writing, on or before **August 14, 2020** why a default judgment, pursuant to Fed. R. Civ. P. 55, should not be issued; and it is further

**ORDERED** that service by delivery of a copy of this order and Plaintiffs' supporting papers with Colleen Banahan, Summons Unit Office Assistant 2, a person authorized to accept service on behalf of the New York State Secretary of State, Department of State, at One Commerce Plaza, 99 Washington Avenue, Albany, New York, pursuant to Section 306 of the New York Business Corporation Law, shall be deemed good and sufficient service upon Defendant REH; and it is further

**ORDERED** that service by delivery of a copy of this order and Plaintiffs' supporting papers via email to info@assets-plus.net (with read receipts requested), shall be deemed good and sufficient service upon Defendant Assets Plus, pursuant to this Courts May 6, 2020 order authorizing such service (ECF No. 24); and it is further

**ORDERED** that answering papers, if any, be filed with this Court and served upon Plaintiff's counsel, Nixon Peabody LLP, attention Daniel A. Schnapp, at 55 West 46th Street, New York, NY 10036 on or before August 21, 2020.

Dated:  New York, New York
        July 16, 2020

ENTER, _____
       Andrew L. Carter, Jr., U.S.D.J.