USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  9/21/2020

NIXON PEABODY LLP
Daniel A. Schnapp
Eric M. Ferrante
55 West 46th Street
New York, NY 10036-4120
Phone: (212) 940-3000
dschnapp@nixonpeabody.com
eferrante@nixonpeabody.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- X
:
THOMAS K. RONALD and                                              :
CATHERINE B. RONALD,                                              :
:
                           Plaintiffs,             :
:
          - against -             :   Civil Action No. 1:20-cv-1823
:
REAL ESTATE HOTEL INC., ASSETS PLUS,       :   Hon. Andrew L. Carter, Jr.
and JOHN DOES 1-10,                                               :
:
                     Defendants.            :
:
--------------------------------------------------------------- X

## DEFAULT JUDGMENT

Upon the Complaint of Plaintiffs Thomas K. Ronald and Catherine B. Ronald

(collectively, "Plaintiffs"), filed on March 2, 2020 against Defendants Real Estate Hotel Inc.

("REH") and Assets Plus ("Assets Plus"); and

Upon the Motion for Default Judgment of Plaintiffs filed July 9, 2020 (the "Motion");

and

Plaintiffs having duly served REH, by service of a copy of the Summons and Complaint

in this action on March 9, 2020; and

Plaintiffs having duly served Assets Plus, by service of a copy of the Summons and Complaint in this action on May 6, 2020; and

REH and Assets Plus having failed to appear, answer, plead, or otherwise move with respect to the Complaint within the statutory period; and

The Clerk of this Court having certified the default of REH on April 19, 2020 and the default of Assets Plus on June 5, 2020; and

Upon the Order dated September 21, 2020 granting the Motion, it is

ORDERED, ADJUDGED and DECREED that all allegations pleaded in the Complaint are deemed to be true as against Defendants REH and Assets Plus; and it is further

ORDERED, ADJUDGED and DECREED that the Clerk of this Court shall enter judgment against Defendants REH and Assets Plus, with respect to Plaintiffs' Racketeer Influenced and Corrupt Organizations and Breach of Contract claims, in the amount of $380,988, plus prejudgment interest at the rate of 9% per annum from November 6, 2019 to date of judgment, in the amount of $ 35,792 , plus post-judgment interest, pursuant to 28 U.S.C. § 1961, plus attorneys' fees and costs; and it is further

ORDERED, ADJUDGED and DECREED that Plaintiffs should file any motion for attorneys' fees within 30 days of the filing of this Judgment.

Dated:  New York, New York
          September 21, 2020                SO ORDERED: _____
                                                        Andrew L. Carter, Jr. U.S.D.J.