USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  __11/30/2020____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

**THOMAS K. RONALD, ET AL.,**               :
                                             :
                             **Plaintiffs,**  :
                                             :         **20-cv-1823 (ALC)**
             **-against-**                    :
                                             :         **ORDER**
                                             :
**REAL ESTATE HOTEL INC., ET AL.,**          :
                                             :
                             **Defendants.**  :
                                             :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On July 8, 2020 Plaintiffs filed a motion for default judgment against Defendants.

ECF No. 29. On July 16, 2020, the Court issued an Order to Show Cause as to Defendants why

default judgment pursuant to Fed. R. Civ. P. 55 should not be issued. ECF No. 35. Defendants

did not respond. Therefore, on September 21, 2020, this Court granted Plaintiffs' default

judgment motion and ordered Plaintiffs to file a motion for attorneys' fees within 30 days.

ECF No. 38. On October 5, 2020, Plaintiff filed a motion for attorneys' fees. ECF No. 39.

Defendants are hereby **ORDERED** to respond to this motion by **December 30, 2020**. Any

answering papers shall be filed with this Court and served upon Plaintiffs' counsel, Nixon

Peabody LLP, attention Daniel A. Schnapp, at 55 West 46th Street, New York, NY 10036.

Defendants are advised that if they do not respond by this date, the motion will be treated as

unopposed. Plaintiffs may file a reply, if any, by **January 6, 2021**.

Plaintiffs are hereby **ORDERED** to serve a copy of this order and Plaintiffs' supporting

papers with Colleen Banahan, Summons Unit Office Assistant 2, a person authorized to accept

service on behalf of the New York State Secretary of State, Department of State, at One

Commerce Plaza, 99 Washington Avenue, Albany, New York, pursuant to Section 306 of the

New York Business Corporation Law. This shall be deemed good and sufficient service upon

Defendant REH.

Plaintiffs are further **ORDERED** to serve a copy of this order and Plaintiffs' supporting

papers via email to info@assets-plus.net (with read receipts requested). This shall be deemed

good and sufficient service upon Defendant Assets Plus, pursuant to this Courts' May 6, 2020

order authorizing such service. ECF No. 24.

Plaintiffs shall serve Defendants by no later than **December 4, 2020**.

**SO ORDERED.**

**Dated:        November 30, 2020**
**                   New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**