USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 05/20/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

**THOMAS K. RONALD, ET AL.,**

                     **Plaintiffs,**

    -against-

**REAL ESTATE HOTEL INC., ET AL.,**

                     **Defendants.**

------------------------------------------------------------------ x

**20-cv-1823 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

On July 8, 2020 Plaintiffs filed a motion for default judgment against Defendants. ECF No. 29. On July 16, 2020, the Court issued an Order to Show Cause as to Defendants why default judgment pursuant to Fed. R. Civ. P. 55 should not be issued. ECF No. 35. Defendants did not respond. Therefore, on September 21, 2020, this Court granted Plaintiffs' default judgment motion and ordered Plaintiffs to file a motion for attorneys' fees within 30 days. ECF No. 38. On October 5, 2020, Plaintiffs filed a motion for attorneys' fees. ECF No. 39. On November 30, 2020, the Court ordered Defendants to respond to Plaintiffs' motion for attorneys' fees. ECF No. 43.

After further review, however, it appears that Plaintiffs did not submit a memorandum of law in support of their motion for attorneys' fees in accordance with Local Civil Rule 7.1. Accordingly, the Court hereby **VACATES** the Order at ECF No. 43. Plaintiffs' motion for attorneys' fees is hereby **DENIED** without prejudice to renew in accordance with Local Civil Rule 7.1 and this Court's Individual Practices.

Plaintiffs are hereby **ORDERED** to serve a copy of this order on Defendant REH via Colleen Banahan, Summons Unit Office Assistant 2, a person authorized to accept service on behalf of the New York State Secretary of State, Department of State, at One Commerce Plaza, 99 Washington Avenue, Albany, New York, pursuant to Section 306 of the New York Business Corporation Law. This shall be deemed good and sufficient service upon Defendant REH.

Plaintiffs are further **ORDERED** to serve a copy of this order on Defendant Assets Plus via email to info@assets-plus.net (with read receipts requested). This shall be deemed good and sufficient service upon Defendant Assets Plus, pursuant to this Court's May 6, 2020 order authorizing such service. ECF No. 24.

Plaintiffs shall serve Defendants by no later than **May 25, 2021**.

The Clerk is respectfully directed to terminate ECF No. 39.

**SO ORDERED.**

**Dated:**      **May 20, 2021**
                 **New York, New York**

*[Signature]*

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**